UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal Number: |
| | : |
| | : |
| v. | : VIOLATION: |
| | : |
| | : |
| RICHARD A. BERGLUND, | : 2 U.S.C. §§ 441f and 437g(d)(1)(A)(ii) |
| Defendant | : (Unlawfully Making Campaign |
| | :   Contributions in the Name of Another) |

## INFORMATION

The United States Attorney informs the Court that:

## COUNT ONE

### Unlawfully Making Campaign Contributions in the Name of Another

Introduction

At all times material to this Information:

1. Defendant RICHARD A. BERGLUND was employed by MZM, Inc. as the Facility Director of an office of MZM, Inc., located in Martinsville, Virginia.

2. Mitchell J. Wade ("Wade") was the principal owner and Chief Executive Officer of MZM, Inc., which sold equipment and services to the United States Department of Defense (DoD). WADE maintained his office in MZM's headquarters, which was located in Washington, D.C.

3. Representative A was a member of the United States House of Representatives. Representative A's Campaign was Representative A's principal campaign committee, as defined in the Federal Election Campaign Act ("FECA"), Title 2, United States Code Section 431(4).

Representative A's Campaign accepted contributions during the 2005-2006 election cycles to support Representative A's re-election to the United States House of Representatives.

The Scheme

4. In or about March 2005, defendant BERGLUND assisted Wade in a scheme in which Wade reimbursed BERGLUND, BERGLUND's wife, and two MZM employees for contributions to Representative A's Campaign.

5. In or about early March 2005, WADE met with BERGLUND in WADE's Washington, D.C., office. At the meeting, WADE provided cash to BERGLUND and asked him to use the cash to fund contributions to Representative A's campaign in the name of BERGLUND, BERGLUND's wife, and MZM employees who worked in Martinsville, under BERGLUND's supervision. BERGLUND then used $3,000 of WADE's cash to make a $2,000 contribution in his own name and a $2,000 contribution in his wife's name. BERGLUND paid for the remaining $1,000 from his own funds. BERGLUND also provided $2,000 in cash to Employee A and $2,000 in cash to Employee B, and told them that WADE desired that they contribute $2,000 each to Candidate A's Campaign. Employee A and Employee B wrote the desired $2,000 checks to Candidate A's Campaign. The resulting four checks were delivered to WADE, who handed them to Representative A at a March 4, 2005 fund-raising event. The resulting straw contributions are outlined below:

| Date of Contribution (as reported to the FEC) | Straw Contributor | Amount of Contribution |
|---|---|---|
| 3/2/05 | BERGLUND | $2,000 |
| 3/4/05 | BERGLUND's wife | $2,000 |
| 3/4/05 | Employee A | $2,000 |

|  |  |  |
|---|---|---|
| 3/4/05 | Employee B | $2,000 |

6. In or about March 2005, in the District of Columbia and elsewhere, RICHARD S. BERGLUND knowingly and willfully violated the Federal Election Campaign Act by aiding and abetting Mitchell Wade in making contributions to Representative A's Campaign, a principal campaign committee for a campaign for a seat in the United States House of Representatives, in the name of others, said contributions aggregating to $2,000 or more during the calendar year of 2005.

**(Unlawfully Making Campaign Contributions in the Name of Another, in violation of 2 U.S.C. §§ 441f and 437g(d)(1)(A)(ii))**

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
HOWARD R. SKLAMBERG
JOHN P. CARLIN
Assistant United States Attorneys
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, DC 20530