UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal Number 06-191 (RMU) |
| v. | : |
| RICHARD A. BERGLUND, Defendant | : |

### GOVERNMENT'S MEMORANDUM IN SUPPORT OF GUILTY PLEA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia. hereby files this Memorandum in Support of Guilty Plea, which contains the elements of the offense to which the defendant will be pleading guilty.

The defendant will be pleading guilty to Unlawfully Making Campaign Contributions in the Name of Another, in misdemeanor violation of 2 U.S.C. §§ 441f and 437g(d)(1)(A)(ii).

The elements of that offense are:

1. Making one or more contributions to a candidate for federal office, that is, to a candidate for the United States House of Representatives, the United States Senate, or the United States Presidency or Vice Presidency;[1]

2. Making such contribution(s) in the name(s) of one or more persons other than himself;[2]

3. Acting "knowingly and willfully," that is, with the awareness that the law prohibited making contributions in the names of other persons and violating this prohibition

---

[1] 2 U.S.C. § 441f.

[2] 2 U.S.C. § 441f.

notwithstanding that knowledge;[3] and

4.  The aggregate amount of money involved in the crime was $2,000 or more in a calendar year.[4]

As the Statement of Offense shows, the defendant is guilty of aiding and abetting Mitchell Wade in violating this provision of the Federal Election Campaign Act. *See* 18 U.S.C. § 2 (one who aids and abets a violation of a statute is punishable as a principal); Redbook Instruction 4.02 (aiding and abetting instruction).

                                         Respectfully submitted,

                                         KENNETH L. WAINSTEIN
                                         UNITED STATES ATTORNEY

                                         */s/ Howard R. Sklamberg*
                                         HOWARD R. SKLAMBERG
                                         JOHN P. CARLIN
                                         Assistant United States Attorneys
                                         555 4th Street, N.W., Room 5822
                                         Washington, DC 20530

### Certificate of Service

I hereby certify that, on July 21, 2006, I caused this memorandum to be served upon Thomas G. Connolly Esq,. by electronic mail.

                                         */s/ Howard R. Sklamberg*
                                         HOWARD R. SKLAMBERG
                                         Assistant United States Attorney

---

[3] 2 U.S.C. § 437g(d)(1)(A), as amended by the Bipartisan Campaign Reform Act of 2002.

[4] 2 U.S.C. § 437g(d)(1)(A)(i).