UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD A. BERGLUND,<br><br>        Defendant. | Criminal Number 06-191 (RMU) |

**MOTION FOR RESCHEDULING OF SENTENCING DATE**

Defendant Richard A. Berglund hereby informs the Court of changed circumstances that may effect his sentencing date.

On Friday July 21, 2006, Defendant Richard Berglund pleaded guilty before Judge Robinson to one misdemeanor count of unlawfully making campaign contributions in the name of another, in violation of 2 U.S.C. §§ 441f and 437g(d)(1)(A)(ii). At the plea hearing, counsel for Mr. Berglund requested a sentencing date that would not interrupt Mr. Berglund's three months of planned deployment to Iraq in support of the United States Armed Forces from late September 2006 to December 2006. The Court graciously accepted counsel's request and set Mr. Berglund's sentencing date for January 18, 2007.

Unfortunately, as a result of media attention surrounding Mr. Berglund's plea, Mr. Berglund was recently terminated from his employment. Consequently, Mr. Berglund will no longer be deployed to Iraq.

Originally, this Court suggested possible sentencing dates in the first week of November 2006. Because of Mr. Berglund's termination and the cancelled deployment to Iraq, there is no

longer any reason to delay the sentencing later than the Court's original preference for early November. In the event the Court is so inclined, Mr. Berglund is now available to attend the sentencing date originally suggested by the Court for early November 2006.

Respectfully submitted,

HARRIS, WILTSHIRE & GRANNIS, LLP

By: _____
Thomas G. Connolly
D.C. Bar #420416
Harris, Wiltshire & Grannis
1200 18th Street, N.W., Suite 1200
Washington, DC 20036
(202) 730-1339
Facsimile (202) 730-1301

Certificate of Service

I hereby certify that on July 25, 2006, I caused this motion to be served upon Assistant United States Attorney Howard R. Sklamberg by electronic mail.

                                                  THOMAS G. CONNOLLY
                                                  Harris, Wiltshire & Grannis