UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 06-191 (RMU)
:
RICHARD BERGLUND, :
:
Defendant. :

**ORDER**

It is this 8th day of August 2006,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for January 18, 2006 is hereby **VACATED** and **RESCHEDULED** for November 7, 2006 at 2:00 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
AUG 8 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT