## HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE



### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :   Docket No.: <u>CR-06-0191-01</u> |
| | : |
| vs. | :   SSN: |
| | : |
| Berglund, Richard A. | :   Disclosure Date: <u>September 11, 2006</u> |

**FILED**

NOV 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

   ( ✓ )   There are no material/factual inaccuracies therein.

   ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         9/20/06
**Prosecuting Attorney**                           **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

   ( )   There are no material/factual inaccuracies therein.

   ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____
**Defendant**             **Date**           **Defense Counsel**        **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 25, 2006</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
        United States Probation Officer